```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA

AMOS BROWN, III,                  :    CIVIL ACTION
                                  :    NO. 12-4827
        Plaintiff,                :
                                  :
    v.                            :
                                  :
HAHNEMANN UNIVERSITY HOSPITAL,    :
                                  :
        Defendant.                :
```

## JUDGMENT

**AND NOW,** this **21st** day of **May, 2014,** it is hereby **ORDERED** that **JUDGMENT** is entered in favor of Defendant and against Plaintiff on all counts of the Complaint (ECF No. 5).

**AND IT IS SO ORDERED.**

```
                        /s/ Eduardo C. Robreno
                        EDUARDO C. ROBRENO,   J.
```